```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

JOSE HEBERTO ALVAREZ DENIS,

                Petitioner,      15-cr-632 (JGK)
                                     19-cv-8773 (JGK)

   - against -

                                          <u>ORDER</u>

UNITED STATES OF AMERICA,

                Respondent.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    By letter dated February 18, 2020, the defendant filed a letter in which he sought to amend his motion pursuant to 28 U.S.C. § 2255 to include a claim that the Court provided incorrect advice with respect to the defendant's right to appeal his sentence and to ask for the production of the draft of the affirmation of his prior attorney. The Government should submit a response to this filing by May 27, 2020. The defendant may file a reply by June 12, 2020. Chambers will mail a copy of this order to the <u>pro se</u> defendant.

**SO ORDERED.**
**Dated:**    New York, New York
           May 13, 2020                /s/ John G. Koeltl
                                                  John G. Koeltl
                                      United States District Judge