```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
JOSE HEBERTO ALVAREZ DENIS,

                    Petitioner,            15-cr-632 (JGK)
                                            19-cv-8773 (JGK)
        - against -
                                            ORDER
UNITED STATES OF AMERICA,

                    Respondent.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the petitioner. There are no pending motions from the petitioner at this time. The Clerk's Office has mailed copies of the Court's decision on the petitioner's previous motion to his new address.

The Clerk's Office is directed to mail a copy of this Order to the petitioner at his new address.

**SO ORDERED.**

**Dated:**   **New York, New York**
         **February 25, 2021**              ____/s/ John G. Koeltl_____
                                                  John G. Koeltl
                                          **United States District Judge**

1

US DISTRICT COURT  
for the SOUTHERN DISTRICT  
of NEW YORK

FEB 15/2021

JOSE HEBERTO ALVAREZ DENIS,  
#62211-054

CASE# 15 Cr. 00632 (JGK)

ATTENTION TO THE CLERK OF THE COURT

    I WRITE TO GIVE NOTICE OF MY NEW ADDRESS TO THE U.S. DISTRICT COURT OF SOUTHERN DISTRICT OF NEW YORK. I AM NOW HOUSED AT NORTH LAKE CORRECTIONAL FACILITY, P.O. BOX 1500. BALDWIN, MI 49304.

    SINCE MY LAST RESPONSE TO THE COURT TO GIVE OPPOSITION TO THE GOVERNMENT RESPONSE TO MY MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE, I'VE BEEN ON TRANSFER TO TRANSFER, PRISON TO PRISON AND HAVE NOT HAD ANY MOTION DOCUMENTS COME TO MY ATTENTION.

    I RESPECTFULLY ASK THE CLERK OF THE COURT TO GIVE ME ANY COURT DOCUMENTS OF ANY MOTIONS TO MY PENDING CASE, OR TO GIVE ME AN UPDATE AS TO THE STATUS REPORT CONCERNING MY PENDING CASE BEFORE THIS COURT.

RESPECTFULLY SUBMITT

_Alvarez J.H_  
JOSE HEBERTO ALVAREZ DENIS  
#62211-054  
NORTH LAKE CORRECTIONAL FACILITY  
PO BOX 1500  
BALDWIN, MI 49304

## Certificate of Service

On Feb 15/2021 I Jose Heberto Alvarez Denis have sent a change of address notice to the Southern District Court of New York, US Court House, 500 Pearl St., New York, NY, 1007-1312. I have used USPS First Class postage and deposit the notice into North Lake Correctional Facility Prison Mail System, via USPS Postal Service.

_Alvarez, J.H_
Jose Heberto Alvarez Denis
#62211-054
North Lake Correctional Facility
P.O. Box 1500
Baldwin, MI 49304



JOSE HEBERTO ALVAREZ DENIS
#62211-054
NORTH LAKE CORRECTIONAL FACILITY
PO Box 1500
BALDWIN, MI 49304

GRAND RAPIDS MI 493
16 FEB 2021 PM 5 L

UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTENTION CLERK OF THE COURT
US COURT HOUSE
500 PEARL STREET
NEW YORK, NY
10007-1340

Criminal Docketing

RECEIVED
2021 FEB 19 CH 2:49
CLERK'S OFFICE
SDNY