```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE HEBERTO ALVAREZ DENIS,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7-6-21

19-cv-8773 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Memorandum Opinion and Order, dated June 16, 2021, the Court denied the petitioner's request for time credit, that was filed on May 6, 2021. The Court's Order was docketed in the petitioner's criminal docket, 15-cr-00632-JGK. The Clerk is directed to close docket number 13 and to close this case.

Dated:    New York, New York
            July 6, 2021

                                                John G. Koeltl
                                      United States District Judge

**Copy mailed to pro se party(ies) at docket address**

1